# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01798-LTB

**ARLUS DANIEL, JR.**,

    Applicant,

v.

**RAEMISH**, Executive Director Colorado Department of Corrections/ISP-I; and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 16, 2015, it is hereby

    **ORDERED** that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 16 day of November, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/  A. García Gallegos
                      Deputy Clerk