**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01798-LTB

ARLUS DANIEL, JR.,

    Applicant,

v.

RAEMISH, Executive Director Colorado Department of Corrections/ISP-I, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Petition for Any and All Court Orders and/or Actions Regarding This Case" (ECF No. 20) is GRANTED in part.   The clerk of the Court is directed to mail to Applicant at his current address, together with a copy of this minute order and a copy of the docket sheet for this action, a copy of the orders entered in this action on August 21, 2015 (ECF Nos. 4, 5), the order entered on October 1, 2015 (ECF No. 7), and the minute order entered on October 19, 2015 (ECF No. 12).   Copies of the Order of Dismissal (ECF No. 15) and the Judgment (ECF No. 16) entered in this action on November 16, 2015, previously were mailed to Applicant at his current address.

Dated:   January 26, 2016